CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
JAIME D. WALTER (SBN 281066)
jaime.walter@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
URBAN OUTFITTERS WHOLESALE, INC.,
D/B/A ANTHROPOLOGIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALEXANDER MOORE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>URBAN OUTFITTERS WHOLESALE, INC., D/B/A ANTHROPOLOGIE, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 13-cv-02245-JSW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE AUGUST 23, 2013, CASE MANAGEMENT CONFERENCE** |

WHEREAS, Plaintiff Alexander Moore ("Plaintiff") filed this action in the Superior Court of the State of California for the County of San Francisco on April 10, 2013;

WHEREAS, Defendant Urban Outfitters Wholesale, Inc. ("Defendant") removed the action to the U.S. District Court for the Northern District of California on May 16, 2013;

WHEREAS, Plaintiff filed a motion to remand on June 14, 2013, setting a hearing date of July 18, 2013;

WHEREAS, Plaintiff also filed a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge on June 14, 2013;

1  WHEREAS, this action was reassigned to the Honorable Jeffrey S. White on June 17, 2013;

3  WHEREAS, pursuant to the June 17, 2013, Order reassigning the action, all hearing dates were vacated;

5  WHEREAS, pursuant to the June 17, 2013, Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, a case management conference was scheduled for 1:30 p.m. on August 23, 2013;

8  WHEREAS, pursuant to the June 17, 2013, Order, Plaintiff re-noticed his motion to remand, setting a hearing for 9:00 a.m. on August 30, 2013;

10  WHEREAS, because the parties believe it would be more efficient to resolve issues related to Plaintiff's motion to remand prior to holding a case management conference, the parties have agreed and hereby stipulate, subject to Court approval, to continue the date of the initial case management conference from 1:30 p.m. on August 23, 2013, to 1:30 p.m. on August 30, 2013, or the next available date on the Court's calendar.

IT IS SO STIPULATED.

Dated: July 19, 2013                          DRINKER BIDDLE & REATH LLP


                                              By: /s/ Cheryl D. Orr
                                                  Cheryl D. Orr

                                              Attorneys for Defendant
                                              URBAN OUTFITTERS WHOLESALE, INC.,
                                              D/B/A ANTHROPOLOGIE

Dated: July 19, 2013                          CAPSTONE LAW APC


                                              By: /s/ Raul Perez
                                                  Raul Perez

                                              Attorneys for Plaintiff
                                              ALEXANDER MOORE

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE 8/23/13 CONFERENCE — - 2 -  CASE NO. 13-CV-02245-JSW

**Attestation Pursuant to Local Rule 5.1(i)**

Pursuant to Local Rule 5.1(i), I, Cheryl D. Orr, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on July 19, 2013, in San Francisco, California.

/s/ Cheryl D. Orr
Cheryl D. Orr

**ORDER**

Based on the foregoing Stipulation of the parties, and for good cause shown, the August 23, 2013, is hereby continued to September 27, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: July 19, 2013

_____
The Honorable Jeffrey S. White
United States District Judge

SF01/ 897034.1