IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER MOORE,

    Plaintiff,                                        No. C 13-02245 JSW

  v.

URBAN OUTFITTERS WHOLESALE INC.,      **ORDER**

    Defendant.

    Currently pending before the Court are:

(1)     Plaintiff's motion to remand set for hearing on August 30, 2013;

(2)     Defendant's motion to stay set for hearing on November 15, 2013;

(3)     Defendant's administrative request for an order continuing hearing on motion to remand;

(4)     Defendant's administrative request for an order shortening time to hear the motion to stay.

    The Court ORDERS as follows:

(1)     Plaintiff's motion to remand and Defendant's motion to stay shall be heard on November 15, 2013 at 9:00 a.m.;

(2)     Briefing schedules remain as currently set;

(3)     All other deadlines are stayed pending resolution of the motions;

1    (4)    The case management conference set for September 27, 2013 at 1:30 is vacated and shall be reset, if necessary, by further order.

**IT IS SO ORDERED.**

Dated: August 19, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE