IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER MOORE,

    Plaintiff,

v.

URBAN OUTFITTERS WHOLESALE INC.,

    Defendant.

No. C 13-02245 JSW

**ORDER**

Currently pending before the Court are:

(1) Plaintiff's motion to remand set for hearing on August 30, 2013;

(2) Defendant's motion to stay set for hearing on November 15, 2013;

(3) Defendant's administrative request for an order continuing hearing on motion to remand;

(4) Defendant's administrative request for an order shortening time to hear the motion to stay.

The Court ORDERS as follows:

(1) Plaintiff's motion to remand and Defendant's motion to stay shall be heard on November 15, 2013 at 9:00 a.m.;

(2) Briefing schedules remain as currently set;

(3) All other deadlines are stayed pending resolution of the motions;

1  (4)  The case management conference set for September 27, 2013 at 1:30 is vacated
2      and shall be reset, if necessary, by further order.
3  **IT IS SO ORDERED.**

5  Dated: August 19, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE