United States District Court
For the Northern District of California

1
2
3
4
5
6                  IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    SHAKORA ABDULHAQQ,

10              Plaintiff,                    No. C 13-03184 JSW

11    v.                                      Related Matters
                                             No. C 13-02245 JSW
12   URBAN OUTFITTERS, INC.,                  No. C 13-02628 JSW

13              Defendant.

14                                           **ORDER STRIKING MOTION TO
                                             REMAND WITHOUT PREJUDICE
                                             AND LIFTING STAY AND SETTING**
15                                           **CASE MANAGEMENT IN ALL**
     and RELATED MATTERS.                    **RELATED CASES**
16

17   _____/

18           Due to the procedural posture of this matter, Plaintiffs' motion to remand pursuant to 28

19   U.S.C. § 1447 is premature and is STRUCK without prejudice to refiling once the case is no

20   longer stayed and the matter properly coordinated with related cases pending in this jurisdiction.

21           In that regard, the Court HEREBY LIFTS the stay of this matter and related matters and

22   HEREBY SETS all three related matters for a case management conference on March 14, 2014

23   at 1:30 p.m.  Joint case management statements shall be filed no later than March 7, 2014.

24           **IT IS SO ORDERED.**

25   Dated:   January 22, 2014

26                                           _____
                                             JEFFREY S. WHITE
27                                           UNITED STATES DISTRICT JUDGE

28