IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKORA ABDULHAQQ,<br><br>    Plaintiff,<br><br>  v.<br><br>URBAN OUTFITTERS, INC.,<br><br>    Defendant.<br><br>and RELATED MATTERS.<br>_____/ | No. C 13-03184 JSW<br><br>Related Matter<br>No. C 13-02245 JSW<br><br>**ORDER VACATING HEARING ON MOTIONS TO REMAND** |

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motions to remand which have been noticed for hearing on Friday, April 25, 2014 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motions will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: April 16, 2014

                                                 JEFFREY S. WHITE<br>                                                 UNITED STATES DISTRICT JUDGE