IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MOORE, et al., | No. C 13-02245 JSW |
| Plaintiffs, | **ORDER WITHDRAWING REMAND ORDER** |
| v. | |
| URBAN OUTFITTERS WHOLESALE, INC., D/B/A ANTHROPOLOGIE, a Pennsylvania corporation, et al., | |
| Defendants. | |

Although counsel represented during the case management conference that Plaintiff intended to re-file his motion to remand, the docket reflects that the motion had not been re-filed after it was previously struck as premature. Accordingly, the order dated May 28, 2014, granting Plaintiff's motion to remand was in error and is vacated and withdrawn. This matter shall continue before this Court.

**IT IS SO ORDERED.**

Dated: May 29, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE