| | |
|---|---|
| RAUL PEREZ (SBN 174687) | |
| raul.perez@capstonelawyers.com | |
| MELISSA GRANT (SBN 205633) | |
| melissa.grant@capstonelawyers.com | |
| ARNAB BANERJEE (SBN 252618) | |
| arnab.banerjee@capstonelawyers.com | |
| ALEXANDRIA WITTE (SBN 273494) | |
| alexandria.witte@captsonelawyers.com | |
| CAPSTONE LAW APC | |
| 1840 Century Park East, Ste. 450 | |
| Los Angeles, CA 90067 | |
| Telephone: (310) 556-4811 | |
| Facsimile: (310) 943-0396 | |

Attorneys for Plaintiff ALEXANDER MOORE

| | |
|---|---|
| CHERYL D. ORR (SBN 143196) | THOMAS J. BARTON (*Pro Hac Vice*) |
| cheryl.orr@dbr.com | thomas.barton@dbr.com |
| JAIME D. WALTER (SBN 281066) | DRINKER BIDDLE & REATH LLP |
| jaime.walter@dbr.com | One Logan Square, Ste. 2000 |
| DRINKER BIDDLE & REATH LLP | Philadelphia, PA 19103-6996 |
| 50 Fremont Street, 20th Floor | Telephone: (215) 988-2700 |
| San Francisco, CA 94105-2235 | Facsimile: (215) 988-2757 |
| Telephone: (415) 591-7500 | |
| Facsimile: (415) 591-7510 | |

Attorneys for Defendant
URBAN OUTFITTERS WHOLESALE, INC.,
d/b/a ANTHROPOLOGIE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER MOORE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>URBAN OUTFITTERS WHOLESALE, INC., D/B/A ANTHROPOLOGIE, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 13-cv-02245-JSW<br><br>Related Case Nos.: 13-cv-02628-JSW; 14-cv-00024-JSW; 14-cv-01580-JSW; 14-cv-02601-JSW<br><br>**NOTICE OF WITHDRAWAL OF JOINT STATEMENT AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING ANY MOTIONS RELATING TO CLASS CERTIFICATION (DOC. NO. 74); STIPULATION TO PROPOSE NEW DATES** AND ORDER THEREON |

NOTICE OF WITHDRAWAL OF STIP. RE: MOTIONS RELATED TO CLASS CERT.

CASE NO. CV 13-02245-JSW

1  PLEASE TAKE NOTICE that plaintiff Alexander Moore and defendant Urban Outfitters
2  Wholesale, Inc., d/b/a Anthropologie, by and through their undersigned counsel, hereby withdraw
3  the Joint Statement and [Proposed] Order Regarding Briefing and Hearing Any Motions Relating
4  to Class Certification (Doc. No. 74), filed on April 3, 2014, on the grounds that an order
5  regarding the matter has not yet been entered by the Court and at least some of the proposed dates
6  have passed. The parties further agree to file with the Court an Amended Stipulation and
7  [Proposed] Order Regarding Briefing and Hearing Any Motions Relating to Class Certification
8  within thirty (30) calendar days of the April 15, 2015, settlement conference, provided that the
9  parties are not otherwise able to reach a resolution in the matter by that time.

**IT IS SO STIPULATED.**

Dated: February 19, 2015                CAPSTONE LAW APC

                                        By: /s/ Alexandria Witte
                                            Raul Perez
                                            Melissa Grant
                                            Arnab Banerjee
                                            Alexandria Witte

                                        Attorneys for Plaintiff
                                        ALEXANDER MOORE


Dated: February 19, 2015                DRINKER BIDDLE & REATH LLP

                                        By: /s/ Cheryl D. Orr
                                            Cheryl D. Orr

                                        Attorneys for Defendant
                                        URBAN OUTFITTERS WHOLESALE, INC.
                                        d/b/a ANTHROPOLOGIE

## Attestation Pursuant to Local Rule 5.1(i)

Pursuant to Local Rule 5.1(i), I, Alexandria Witte, hereby attest that I have obtained concurrence in the filing of this document from all other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on February 19, 2015, in Los Angeles, California.

/s/ Alexandria Witte
Alexandria Witte

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 23, 2015

*[signature]*
THE HONORABLE JEFFREY S. WHITE

78749094.1