RAUL PEREZ (SBN 174687)
raul.perez@capstonelawyers.com
MELISSA GRANT (SBN 205633)
melissa.grant@capstonelawyers.com
ARNAB BANERJEE (SBN 252618)
arnab.banerjee@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Ste. 450
Los Angeles, CA 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiff DAVID BERRY and Lead Counsel

NORMAN B. BLUMENTHAL (SBN 068687)
KYLE R. NORDREHAUG (SBN 205975)
APARAJIT BHOWMIK (SBN 248066)
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff JASMIN PEREZ and Liaison Counsel

CHERYL D. ORR (SBN 143196)
cheryl.orr@dbr.com
JAIME D. WALTER (SBN 281066)
jaime.walter@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

THOMAS J. BARTON (*Pro Hac Vice*)
thomas.barton@dbr.com
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

Attorneys for Defendants
URBAN OUTFITTERS, INC., URBAN OUTFITTERS WHOLESALE, INC., and URBAN OUTFITTERS WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

DAVID BERRY, individually as an aggrieved employee, and on behalf of others similarly situated,

Plaintiff,

vs.

URBAN OUTFITTERS WHOLESALE, INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive,

Defendants.

JASMIN PEREZ and KYLE MILLER, individuals, on behalf of themselves, on behalf of all persons similarly situated, and as the representative of the State of California,

Lead Case No. 13-cv-02628-JSW
Case No. 14-cv-00024-JSW
Case No. 14-cv-01580-JSW
Case No. 14-002601-JSW

Related Case: 13-cv-02245-JSW

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING ANY MOTIONS RELATING TO CLASS CERTIFICATION (NEW PROPOSED DATES)**
AS MODIFIED

Plaintiff,

vs.

URBAN OUTFITTERS, INC., a Corporation, and DOES 1 through 50, inclusive,

Defendants.

ZAYDA SANTIZO, individually, as an aggrieved employee, and on behalf of others similarly situated,

Plaintiff,

vs.

URBAN OUTFITTERS WHOLESALE, INC., a Pennsylvania corporation; and DOES 1 through 100, inclusive,

Defendants.

FLOR KHAN, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

URBAN OUTFITTERS WEST, LLC, and DOES 1 through 100, inclusive,

Defendants.

Pursuant to the Court's order dated February 23, 2015 (Doc. No. 89), plaintiffs DAVID BERRY, JASMIN PEREZ, ZAYDA SANTIZO, KYLE MILLER, AND FLOR KHAN ("Plaintiffs") and defendants URBAN OUTFITTERS WHOLESALE, INC., URBAN OUTFITTERS WEST, LLC, and URBAN OUTFITTERS, INC. ("Defendants") hereby state as follows:

- The Court has set a settlement conference in this matter for July 31, 2015.
- Accordingly, the parties hereby agree and stipulate to, subject to the Court's approval, the following deadlines relating to briefing and hearing any class certification motions:
    - Any motion for class certification or, pursuant to *Vinole v. Countrywide Home Loans, Inc.*, 571 F.3d 935 (9th Cir. 2009), motion to deny class certification shall be filed by October 16, 2015;
    - Any opposition to either of the above motions shall be filed by November 16, 2015;
    - Any reply briefs shall be filed by December 15, 2015; and
    - Any hearing on either of the above motions shall be set for January ~~8~~ 15, 2016, at 9:00 AM.

**IT IS SO STIPULATED.**

Dated:  May 15, 2015                          CAPSTONE LAW APC

                                              By:  /s/ Raul Perez
                                                   Raul Perez

                                              Attorneys for Plaintiff DAVID BERRY and Lead Counsel

Dated:  May 15, 2015                          BLUMENTHAL NORDREHAUG & BHOWMIK

                                              By:  /s/ Aparajit Bhowmik
                                                   Aparajit Bhowmik

                                              Attorneys for Plaintiff JASMIN PEREZ and Liaison Counsel

Dated: May 15, 2015

DRINKER BIDDLE & REATH LLP

By: /s/ Jaime D. Walter
Jaime D. Walter

Attorneys for Defendants
URBAN OUTFITTERS INC., URBAN OUTFITTERS WHOLESALE, INC., and URBAN OUTFITTERS WEST, LLC

**Attestation Pursuant to Local Rule 5.1(i)**

Pursuant to Local Rule 5.1(i), I, Jaime D. Walter, hereby attest that I have obtained concurrence in the filing of this document from all other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on May 15, 2015, in San Francisco, California.

/s/ Jaime D. Walter
Jaime D. Walter

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 22, 2015

THE HONORABLE JEFFREY S. WHITE

80936291.1