1  CHERYL D. ORR (SBN 143196)                THOMAS J. BARTON (*Pro Hac Vice*)
   cheryl.orr@dbr.com                        thomas.barton@dbr.com
2  JAIME D. WALTER (SBN 281066)              DRINKER BIDDLE & REATH LLP
   jaime.walter@dbr.com                      One Logan Square, Ste. 2000
3  DRINKER BIDDLE & REATH LLP                Philadelphia, PA  19103-6996
   50 Fremont Street, 20th Floor             Telephone:    (215) 988-2700
4  San Francisco, CA  94105-2235             Facsimile:    (215) 988-2757
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendant
   URBAN OUTFITTERS WHOLESALE, INC., D/B/A ANTHROPOLOGIE
7
   RAUL PEREZ (SBN 174687)
8  raul.perez@capstonelawyers.com
   MELISSA GRANT (SBN 205633)
9  melissa.grant@capstonelawyers.com
   ARNAB BANERJEE (SBN 252618)
10 arnab.banerjee@capstonelawyers.com
   CAPSTONE LAW APC
11 1840 Century Park East, Suite 450
   Los Angeles, California 90067
12 Telephone:    (310) 556-4811
   Facsimile:    (310) 943-0396
13
   Attorneys for Plaintiff
14 ALEXANDER MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER MOORE, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>URBAN OUTFITTERS WHOLESALE, INC., D/B/A ANTHROPOLOGIE, a Pennsylvania corporation; AND DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 13-cv-02245-JSW<br><br>Related Case Nos.: 13-cv-02628-JSW; 14-cv-00024-JSW; 14-cv-01580-JSW; 14-002601-JSW<br><br>**JOINT STATEMENT AND [~~PROPOSED~~] ORDER REGARDING BRIEFING AND HEARING ANY MOTIONS RELATING TO CLASS CERTIFICATION (NEW PROPOSED DATES)** |

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIP. AND [~~PROPOSED~~] ORDER RE: MOTIONS RELATING TO CLASS CERT.

CASE NO. 3:13-CV-02245-JSW

Pursuant to the Court's order dated February 29, 2015 (Doc. No. 100), plaintiff ALEXANDER MOORE ("Plaintiff") and defendant URBAN OUTFITTERS WHOLESALE, INC., D/B/A ANTHROPOLOGIE ("Defendant") hereby state as follows:

- The Court has set a settlement conference in this matter for July 31, 2015.
- Accordingly, the parties hereby agree and stipulate to, subject to the Court's approval, the following deadlines relating to briefing and hearing any class certification motions:
  - Any motion for class certification or, pursuant to *Vinole v. Countrywide Home Loans, Inc.*, 571 F.3d 935 (9th Cir. 2009), motion to deny class certification shall be filed by August 31, 2015;
  - Any opposition to either of the above motions shall be filed by September 30, 2015;
  - Any reply briefs shall be filed by October 28, 2015; and
  - Any hearing on either of the above motions shall be set for November 13, 2015, at 9:00 AM.

**IT IS SO STIPULATED.**

Dated: May 15, 2015                    CAPSTONE LAW APC

                                       By: /s/ Raul Perez
                                           Raul Perez

                                       Attorneys for Plaintiff
                                       ALEXANDER MOORE

Dated: May 15, 2015                    DRINKER BIDDLE & REATH LLP

                                       By: /s/ Jaime D. Walter
                                           Jaime D. Walter

                                       Attorneys for Defendant
                                       URBAN OUTFITTERS WHOLESALE, INC.,
                                       D/B/A ANTHROPOLOGIE

**Attestation Pursuant to Local Rule 5.1(i)**

Pursuant to Local Rule 5.1(i), I, Jaime D. Walter, hereby attest that I have obtained concurrence in the filing of this document from all other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on May 15, 2015, in San Francisco, California.

/s/ Jaime D. Walter
Jaime D. Walter

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  May 22, 2015

THE HONORABLE JEFFREY S. WHITE

80937041.1

---