Raul Perez (SBN 174687)
Raul.Perez@capstonelawyers.com
Melissa Grant (SBN 205633)
Melissa.Grant@capstonelawyers.com
Arnab Banerjee (SBN 252618)
Arnab.Banerjee@capstonelawyers.com
Suzy E. Lee (SBN 271120)
Suzy.Lee@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone:    (310) 556-4811
Facsimile:    (310) 943-0396

Attorneys for Plaintiff Alexander Moore

Cheryl D. Orr (SBN 143196)
Cheryl.Orr@dbr.com
Jaime D. Walter (SBN 281066)
Jaime.Walter@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105
Telephone:    (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendant Urban Outfitters Wholesale, Inc.
d/b/a Anthropologie

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER MOORE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>URBAN OUTFITTERS WHOLESALE, INC., D/B/A ANTHROPOLOGIE, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  CV 13-2245-JSW<br><br>Related Case Nos.: 13-cv-02628-JSW; 13-cv-03184-JSW; 14-cv-00024-JSW; 14-cv-01580-JSW; 14-002601-JSW<br><br>[Assigned to Hon. Jeffrey S. White]<br><br>**STIPULATION PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND TAKING OFF CALENDAR PLAINTIFF'S PENDING MOTION FOR LEAVE TO AMEND** AND ORDER THEREON<br>Hearing on Plaintiff's Motion for Leave<br>Date:         August 7, 2015<br>Time:         9:00 a.m.<br>Place:        Courtroom 5<br><br>Complaint Filed:    June 4, 2013<br>Removed:           August 2, 2013 |

1    Plaintiff Alexander Moore and Defendant Urban Outfitters Wholesale, Inc.

2    d/b/a Anthropologie (collectively, the "Parties"), by and through their respective counsel

3    of record, stipulate and agree as follows:

4    **WHEREAS**, on June 23, 2015, Plaintiff filed his Motion for Leave to File First

5    Amended Complaint ("Motion for Leave"), seeking to add an additional plaintiff to the

6    action, a claim under the Private Attorneys General Act of 2004, Cal. Labor Code

7    sections 2698, et seq. ("PAGA"), a claim for forfeiture of vacation pay, and other

8    amendments to clarify his claims;

9    **WHEREAS**, Plaintiff's Motion for Leave is fully briefed and scheduled to be

10   heard on August 7, 2015;

11   **WHEREAS**, on July 31, 2015, the Parties reached a tentative settlement that

12   was put on the record;

13   **WHEREAS**, in the interest of judicial efficiency and economy of resources and

14   in light of having reached a tentative settlement, the Parties hereby **STIPULATE AND**

15   **AGREE** and respectfully request that Plaintiff be permitted to file his First Amended

16   Complaint.[1]  The Parties also **STIPULATE and AGREE** and respectfully request that

17   Defendant's deadline to respond to the First Amended Complaint be stayed in light of

18   the pending settlement.  The Parties further **STIPULATE and AGREE** and

19   respectfully request that the August 7, 2015 hearing on Plaintiff's Motion for Leave be

20   taken off calendar.

21   **IT IS SO STIPULATED.**

22

23

24

25

26

27

28

---
[1] Doc. 114–1, Exh. A (First Amended Class Action Complaint & Enforcement Under the Private Attorneys General Act, California Labor Code §§ Et. Seq.).

STIPULATION PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND TAKING OFF CALENDAR
PLAINTIFF'S PENDING MOTION FOR LEAVE TO AMEND
CASE NO. 13-CV-02245-JSW

Dated:  August 5, 2015        Respectfully submitted,

Capstone Law APC


By: /s/  Raul Perez
Raul Perez
Melissa Grant
Arnab Banerjee
Suzy E. Lee

Attorneys for Plaintiff Alexander Moore


Dated:  August 5, 2015        Respectfully submitted,

DRINKER BIDDLE & REATH LLP


By: /s/ Jaime D. Walter
Cheryl D. Orr
Jaime D. Walter

Attorneys for Defendant Urban Outfitters
Wholesale, Inc. d/b/a Anthropologie


### Attestation Pursuant to Local Rule 5.1(i)

Pursuant to Local Rule 5.1(i), I, Jaime D. Walter, hereby attest that I have obtained concurrence in the filing of this document from all other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on August 5, 2015, in San Francisco, California.

/s/ Jaime D. Walter
Jaime D. Walter


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 5, 2015

THE HONORABLE JEFFREY S. WHITE

81856412.1

Page 2

STIPULATION PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND TAKING OFF CALENDAR
PLAINTIFF'S PENDING MOTION FOR LEAVE TO AMEND
CASE NO. 13-CV-02245-JSW