RAUL PEREZ (SBN 174687)
raul.perez@capstonelawyers.com
MELISSA GRANT (SBN 205633)
melissa.grant@capstonelawyers.com
ARNAB BANERJEE (SBN 252618)
arnab.banerjee@capstonelawyers.com
SUZY E. LEE (SBN 271120)
suzy.lee@capstonelawyers.com
CAPSTONE LAW APC
1840 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396

Attorneys for Plaintiffs
Alexander Moore and Charlotte Whitmore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER MOORE, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>URBAN OUTFITTERS WHOLESALE, INC., D/B/A ANTHROPOLOGIE, a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 13-2245-JSW<br><br>Related Case Nos.: 13-cv-02628-JSW; 13-cv-03184-JSW; 14-cv-00024-JSW; 14-cv-01580-JSW; 14-002601-JSW<br><br>[Assigned to Hon. Jeffrey S. White]<br><br>**[PROPOSED] ORDER VACATING CASE DEADLINES** |

1  **[PROPOSED] ORDER**

2  In view of the notice of settlement, and **GOOD CAUSE APPEARING**, **IT

3  IS HEREBY ORDERED** that all case deadlines are hereby vacated.

4  The parties shall file a motion for preliminary approval of their settlement by October 20, 2015.

5  **IT IS SO ORDERED.**

Dated: September 23, 2015

_Jeffrey S. White_
Hon. Jeffrey S. White
Judge of the U.S. District Court